UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RICHARD ALLISON BOICE,<br><br>        Defendant. | CASE NO. CR17-5184 BHS<br><br>ORDER |

This matter is before the Court on Defendant Richard Boice's motion for early termination of supervised release, Dkt. 6.

Following Boice's guilty plea to one count of distribution of child pornography, Judge S. James Otero of the United States District Court for the Central District of California sentenced Boice to 120 months of imprisonment and 15 years of supervised release. Dkts. 2, 2-1, 2-2. On November 10, 2016, Boice's term of supervision commenced. Dkt. 6 at 2. On May 3, 2017, this Court accepted a transfer of jurisdiction of Boice from the Central District of California to this District. Dkt. 1.

Boice moves for early termination of supervised release, asserting that he has complied with the terms of supervision for nearly seven years, successfully a completed

ORDER - 1

sex offender treatment program over a year ago, and passed his latest polygraph test. Dkt. 6 at 2. He also asserts that he is now 70 years old, lived in a stable environment, and that his life revolves around his wife of over 32 years, his dogs, and his church. *Id.* Boice and his wide "would like to live a normal life and be able to enjoy the remained of their retirement years without the current restrictions" of supervision. *Id.* In particular, "[t]hey would like to regularly visit family, travel, and possibly relocate to a warmer state." *Id.*

The United States Probation Office reports that Boice "appears to be doing well in the community, retired, living with his wife . . . . His housing situation is pro-social and he demonstrates an ability to lawfully self-manage beyond the period of supervision." Dkt. 6 at 2. However, due to a national policy, the Probation Office cannot endorse early termination of supervised release for sex offenders. *Id.* The Probation Office instead "takes no position on" the motion. *Id.* Similarly, the Government "defers to this Court's discretion in determining whether to grant Mr. Boice's motion." Dkt. 8 at 2.

This Court has routinely encouraged those on supervised release to perform well. It has explained that there can be rewards for compliance and negative consequences for violations of conditions of supervised release. In this case, the granting of Boice's motion is warranted. Boice has performed well during the nearly seven years that he has been on supervised release. He has demonstrated that he is a productive law-abiding citizen and that he presents a low risk to reoffend. His term of supervision is therefore terminated.

Therefore, it is hereby **ORDERED** that Boice's motion for early termination of supervised release, Dkt. 6, is **GRANTED**.

//

1  Dated this 4th day of August, 2023.

2

3

　　　　　　　　　　　　　　　　　　　　

BENJAMIN H. SETTLE
United States District Judge